IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS CARL BARNETT,

    Petitioner,

v.                              CASE NO. 5:10-cv-219-RS-CJK

PAIGE AUGUSTINE,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 30). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Motion to Dismiss (Doc. 18) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus is **DISMISSED** for failure to state a cause of action upon which relief may be granted.

4. The clerk is directed to close the file.

**ORDERED** on September 19, 2012.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**